IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN  R.  ARNOLD, JR., J.
ROBERT ARNOLD AND JJJR
PROPERTIES, LLC.,

       Appellants,

  v.

Case No.  5D21-222
LT Case No. 2018-CA-003900-O

JOHN R. ARNOLD, M.D.,
JOHN R. ARNOLD, INC., A
FLORIDA CORPORATION,
ARNOLD GROVES AND
RANCH, LTD., A FLORIDA
LIMITED PARTNERSHIP,
KATHRYN F. PITTS, SUSAN P.
ARNOLD AND JEFFERY C. ARNOLD,

       Appellees.

_____/

Decision filed May 31, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
John E. Jordan, Judge.

Patrick  A.  McGee,  of  McGee  &
Powers, P.A., Orlando, for Appellants.

David H. Simmons and Daniel J. O'Malley, of de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP, Orlando, for Appellee, John R. Arnold, M.D.

Alexander S. Douglas, II, and Loren M. Vasquez, of Shuffield, Lowman & Wilson, P.A., Orlando, for Appellees, John R. Arnold, M.D. and John R. Arnold, Inc., a Florida Corporation.

Scott R. Rost, of Brennan, Manna & Diamond, PL, Orlando, for Appellees, Arnold Groves and Ranch,   Ltd.; Kathryn F. Pitts; Susan P. Arnold; and Jeffery C. Arnold.

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS and SASSO, JJ., concur.